5
DL



FILED
CLERK, U.S. DISTRICT COURT

JUN 1 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )   CASE NO. CR 08 - 1462 - JWJ (M)
                                )
        v.                      )
                                )
Joel Jareno Leus                )   ORDER OF DETENTION
                Defendant.      )
                                )
                                )
_____)

## I.

A. ☒ On motion of the Government in a case allegedly involving:

  1. ( )   a crime of violence.

  2. ( )   an offense with maximum sentence of life imprisonment or death.

  3. ( )   a narcotics or controlled substance offense with maximum sentence of ten years or more years.

  4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

  5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (☑) On motion by the Government/ ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (U.S.C. § 3142(i))

allegedly involving: *a violation of 18 US 2422(b)*

( )     On the further allegation by the Government of:

1. ( )     a serious risk that the defendant will flee.

2. ( )     a serious risk that the defendant will:

    a. ( )     obstruct or attempt to obstruct justice.

    b. ( )     threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C.     The Government (✓) is ( ) ~~is not~~ entitled to rebuttable presumption that no condition or combination of conditions will reasonable assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:

1. (✓) the appearance of the defendant as required.

( ) and/or

2. (✓) the safety of any person or the community.

B. (✓) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant;

D. the nature and seriousness of the danger to any person or to the community.

---

**ORDER OF DETENTION AFTER HEARING (U.S.C. § 3142(i))**

1

## IV.

2  The Court also has considered all the evidence adduced at the hearing and the
3 arguments and/or statements of counsel, and the Pretrial Services
4 Report/recommendation.

5

6

## V.

7 The Court bases the foregoing finding(s) on the following:

8 A. ( )     As to flight risk: _____

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 B. ( )     As to danger: _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24

## VI.

25 A. ( )     The Court finds that a serious risk exists that the defendant will:

26         1. ( )  obstruct or attempt to obstruct justice.

27         2. ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.

28

1  B.   The Court bases the foregoing finding(s) on the following: _____

2  _____

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

9

10                                         VII.

11  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12  B.   IT IS FURTHER ORDERED that the defendant be committed to the custody

13       of the Attorney General for confinement in a corrections facility separate, to

14       the extent practicable, from persons awaiting or serving sentences or being

15       held in custody pending appeal.

16  C.   IT IS FURTHER ORDERED that the defendant be afforded reasonable

17       opportunity for private consultation with counsel.

18  D.   IT IS FURTHER ORDERED that, on order of a Court of the United States or

19       on request of any attorney for the Government, the person in charge of the

20       corrections facility in which the defendant is confined deliver the defendant

21       to a United States marshal for the purpose of an appearance in connection

22       with a court proceeding.

23

24

25

26  DATE: June 19, 2008

27                              Jeffrey W. Johnson,
                                UNITED STATES MAGISTRATE JUDGE

28

ORDER OF DETENTION AFTER HEARING (U.S.C. § 3142(i))

CR-94 (06/07)                                                    Page 4 of 4